```
1  GREGG S. GARFINKEL, ESQ. (156632)
   NEMECEK & COLE
2  A Professional Corporation
   15260 Ventura Boulevard, Suite 920
3  Sherman Oaks, California 91403-5399
   Tel:  (818)788-9500 / Fax:  (818) 501-0328
4  E-mail: ggarfinkel@nemecek-cole.com
5
   Attorneys for Defendants
6  HIRSCHFELD STEEL GROUP, L.P.
   dba HIRSCHFELD TRANSPORTATION; and
7  HIRSCHFELD STEEL CO., INC.
8
```

FILED 2009 DEC 18 AM 11: 12 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE COMPANY, a corporation;<br><br>Plaintiff,<br><br>vs.<br><br>HIRSCHFELD STEEL GROUP, L.P., an entity of unknown form, dba HIRSCHFELD TRANSPORTATION; HIRSCHFELD STEEL CO., INC., a corporation; and E TRUCKING, LLC, an entity of unknown business form; and DOES ONE through FIFTEEN,<br><br>Defendants. | U.S.D.C. Case No.: **CV09 09293 ODW (Ex)**<br><br>(Los Angeles Superior Court Case No.: KC 057255)<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

COMES NOW defendants, HIRSCHFELD STEEL GROUP, L.P., dba HIRSCHFELD TRANSPORTATION; and HIRSCHFELD STEEL CO., INC., ("HIRSCHFELD") and hereby removes to this Court the state action described herein.

///

-1-
**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

1. On or about November 12, 2009, an action was commenced in the Los Angeles County Superior Court, entitled <u>Mitsui Sumitomo Insurance Company v. Hirschfeld Steel Group, L.P., dba Hirschfeld Transportation; Hirschfeld Steel Co., Inc.; and E Trucking and Does 1 to 15</u> wherein it was assigned Case No. KC 057255 (hereinafter the "state court action"). A true and correct copy of Plaintiff's Summons and Complaint filed in the state court action is attached hereto as Exhibit "A."

2. This action is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §§1331 and 1337(a), and is one which may be removed to this court by United pursuant to the provisions of 28 U.S.C. §1441(b), in that it is a civil action arising under, and pursuant to, a contract for the carriage of goods in interstate commerce. Specifically, the shipment at issue herein originated in Baltimore, Maryland and was to be delivered to the City of Industry, California. (Plaintiff's Complaint, paragraph 5).

3. Plaintiff's Complaint alleges. that the Carmack Amendment to the Interstate Commerce Act (49 U.S.C. 14706) governs the present dispute. (Plaintiff's Complaint, paragraph 4).

4. Given that the shipment at issue is governed by the Interstate Commerce Act, the proper construction of the bill of lading is a federal question. (Chesapeake & Ohio Ry. v. Martin, 283 U.S. 209, 212 (1931)). The United States Supreme Court has consistently held that an interstate bill of lading is a creature of federal law and must be construed thereunder. As noted by the Supreme Court in Allis-Chalmers Corp. v. Lueck, 471 U.S. 202, 214 (1985):

> While the nature of the tort is a matter of state law, the question whether the [state] tort is sufficiently independent of federal contract interpretation to avoid preemption is, of course, a question of federal law.

///

1  Similarly, the United States Supreme Court held, in Thurston Motor Lines, Inc. v. Rand, Ltd., 460 U.S. 533, 535 (1983):

> As to the interstate shipments . . . the parties are held to the responsibilities imposed by the federal law, to the exclusion of all other rules or obligations.

5.  The removal of this matter is expressly authorized by the Ninth Circuit Court of Appeals' decision in Hall v. North American Van Lines, Inc., supra, 476 F.3d at 683, wherein the Court found that the Carmack Amendment to the Interstate Commerce Act (49 U.S.C. §14706) is the exclusive cause of action for claims alleging delay, loss, failure to deliver or damage to property. A similar result was previously reached in the matter of Coughlin v. United Van Lines, LLC, 362 F.Supp.2d 1170 (C.D. Cal. 2006).

6.  Finally, as the alleged property damage component of Plaintiff's action exceeds $10,000.00, this action satisfies the jurisdictional minimum contained in 28 U.S.C. §1445(b). (See Plaintiff's Complaint, paragraph 6, wherein damages of $894,236.52 are alleged.)

7.  HIRSCHFELD received service of Plaintiff's state court action on or about November 18, 2009.

8.  The only other defendant named, and served, in this matter is E TRUCKING, which is represented by Kathleen Jeffries of Scopelitis, Garvin, Light, Hanson & Feary, LLP. Ms. Jeffries has confirmed her client's consent to remove this matter via e-mail as well as the Notice of Consent which was going to be filed concurrently herewith. However, during the pendency of the removal of this matter, Plaintiff dismissed its action against E TRUCKING, thus leaving HIRSCHFELD as the sole remaining, and served, defendants to this matter. As such, "all defendants request the removal of this matter."

/ / /
/ / /
/ / /

-3-
**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

9. Based on a reasonable investigation, it is well grounded in fact and warranted by law that this removal to federal court is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

Dated: December 18, 2009

NEMECEK & COLE

By: _____
GREGG S. GARFINKEL
Attorneys for Defendants
HIRSCHFELD STEEL GROUP, L.P.,
dba HIRSCHFELD TRANSPORTATION;
and HIRSCHFELD STEEL CO., INC.

-4-

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* HIRSCHFELD STEEL GROUP LP, an entity of unknown form, dba HIRSCHFELD TRANSPORTATION; HIRSCHFELD STEEL CO., ~~INC., a corporation; and E TRUCKING LLC, an entity of~~ unknown business form; and DOES ONE through FIFTEEN

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ORIGINAL FILED
NOV 12 2009
LOS ANGELES
SUPERIOR COURT

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MITSUI SUMITOMO INSURANCE COMPANY, a corporation;

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Los Angeles Superior Court - East
Pomona Courthouse South
400 Civic Center Plaza
Pomona, CA 91766

CASE NUMBER:
*(Número del Caso):*
KC057255

CASE ASSIGNED FOR ALL PURPOSES TO JUDGE ROBERT A. DUKES DEPT. R

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JOSHUA E. KIRSCH (179110)            (415) 348-6000   (415) 348-6001
GIBSON ROBB & LINDH, LLP
100 First Street, 27th Floor
San Francisco, California 94105

DATE: NOV 12 2009   JOHN A. CLARKE   Clerk, by Eduardo Fragoso , Deputy
*(Fecha)*                              *(Secretario)*                (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* Hirschfeld Steel Group LP, an entity of unknown form, dba Hirschfeld Transportation
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☑ other *(specify):* Business organization form unknown
4. ☐ by personal delivery on *(date)*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

Page 1 of 1

```
1  JOSHUA E. KIRSCH (179110)                                    ORIGINAL FILED
   GIBSON ROBB & LINDH, LLP
2  100 First Street, 27th floor                                  NOV 12 2009
   San Francisco, California 94105
3  Telephone: (415) 348-6000                                    LOS ANGELES
   Facsimile: (415) 348-6001                                   SUPERIOR COURT
4  Email: jkirsch@gibsonrobb.com

5  Attorneys for Plaintiff
   MITSUI SUMITOMO INSURANCE COMPANY
6
```

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF LOS ANGELES

EAST DISTRICT - POMONA COURTHOUSE

CIVIL UNLIMITED

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE COMPANY, a corporation; | Case No. KC057255 R |
| Plaintiff, | COMPLAINT FOR DAMAGE TO CARGO |
| v. | |
| HIRSCHFELD STEEL GROUP LP, an entity of unknown form, dba HIRSCHFELD TRANSPORTATION; HIRSCHFELD STEEL CO., INC., a corporation; and E TRUCKING LLC, an entity of unknown business form; and DOES ONE through FIFTEEN, | ($894,236.52) |
| Defendants. | CASE ASSIGNED FOR ALL PURPOSES TO JUDGE ROBERT A. DUKES DEPT. R   BY FAX |

Plaintiff's complaint follows:

1. Plaintiff MITSUI SUMITOMO INSURANCE COMPANY ("MITSUI"), a corporation, is now, and at all times herein material was, a corporation duly organized and existing by virtue of law. Plaintiff MITSUI was the insurer of the hereinafter described shipment.

2. Plaintiff is informed and believes and on the basis of that information and belief alleges that HIRSCHFELD STEEL GROUP LP, an entity of unknown form, dba HIRSCHFELD TRANSPORTATION; HIRSCHFELD STEEL CO., INC., a corporation (hereinafter collectively "HIRSCHFELD"); E TRUCKING LLC, an entity of unknown business form; and DOES ONE

COMPLAINT FOR DAMAGE TO CARGO
Case No.:            Our File No.: 5719.97

through FIFTEEN, are now and at all times herein material were engaged in business as common carriers of goods for hire in the County of Los Angeles, State of California.

3. The true names of defendants sued herein as DOES ONE through FIFTEEN, each of whom is or may be responsible for the events and matters herein referred to, and each of whom caused or may have caused or contributed to the damage herein complained of, are unknown to plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will amend its complaint to show the true names of said defendants when the same have been ascertained.

4. This is a cause of action for damage to cargo, and is a claim under the Carmack Amendment, 49 U.S.C. § 14706, as hereinafter more fully appears.

5. Plaintiffs are informed and believe and on the basis of such information and belief allege, that on or about November 14, 2006, at Baltimore, Maryland, defendants HIRSCHFELD, E TRUCKING LLC, and DOES ONE through FIFTEEN, and each of them, received various components of a Komori six color sheet-fed offset press. Said defendants, and each of them, agreed, under contracts of carriage and in return for good and valuable consideration, to carry said cargo from Baltimore, Maryland, to City of Industry, California, and there deliver said cargo to the lawful owners and others, in the same good order, condition, and quantity as when received.

6. Thereafter, in breach of and in violation of said agreements, HIRSCHFELD, E TRUCKING LLC, and DOES ONE through FIFTEEN, and each of them, did not deliver said cargo in the same good order, condition, and quantity as when received at Baltimore. To the contrary, said defendants, and each of them, damaged the cargo in a road accident in Botetourt County, Virginia on or about November 15, 2006, by reason of which the value of said cargo was depreciated in the sum of $894,236.52, including mitigation expenses. Defendants never delivered the cargo at destination.

7. Prior to the shipment of the herein described cargo and prior to any loss thereto, plaintiff MITSUI issued its policy of insurance whereby plaintiff MITSUI agreed to indemnify the owner of said cargo, and its assigns, against loss of or damage to said cargo while in transit,

1. and plaintiff MITSUI has therefore become obligated to pay and has paid to the persons entitled to payment under said policy the sum of $894,236.52, which figure is net of salvage recovery, on account of the herein described loss.

8. Plaintiff MITSUI has therefore been damaged in the sum of $894,236.52, no part of which has been paid, despite demand therefor.

WHEREFORE, plaintiff prays that this Court enter judgment in its favor and against the defendants; that this Court decree payment by the defendants to plaintiff in the amount of $894,236.52, together with prejudgment interest thereon and costs of suit herein; and that plaintiff have such other and further relief as in law and justice it may be entitled to receive.

Dated: November 11, 2009

Respectfully submitted,

GIBSON ROBB & LINDH LLP

Joshua E. Kirsch
Attorney for Plaintiff
Mitsui Sumitomo Insurance Company

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JOSHUA E. KIRSCH (179110)<br>GIBSON ROBB & LINDH, LLP<br>100 First Street<br>27th Floor<br>San Francisco, California 94105<br>TELEPHONE NO.: (415) 348-6000   FAX NO.: (415) 348-6001<br>ATTORNEY FOR (Name): Plaintiff MITSUI SUMITOMO INSURANCE COMPANY | ORIGINAL FILED<br><br>NOV 12 2009<br><br>LOS ANGELES<br>SUPERIOR COURT |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 400 Civic Center Plaza<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Pomona, CA 91766<br>BRANCH NAME: Pomona Courthouse South | |
| CASE NAME: Mitsui Sumitomo Insurance Co. v. Hirschfeld Steel Group, et al. | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: KC057253 |
|---|---|---|
| [X] Unlimited   [ ] Limited<br>(Amount        (Amount<br>demanded    demanded is<br>exceeds $25,000)  $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

Items 1-6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400-3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort | [ ] Other collections (09) | [ ] Mass tort (40) |
| | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Asbestos (04) | [X] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Product liability (24) | Real Property | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse condemnation (14) | |
| [ ] Other PI/PD/WD (23) | [ ] Wrongful eviction (33) | Enforcement of Judgment |
| Non-PI/PD/WD (Other) Tort | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Business tort/unfair business practice (07) | Unlawful Detainer | Miscellaneous Civil Complaint |
| [ ] Civil rights (08) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Defamation (13) | [ ] Residential (32) | [ ] Other complaint (not specified above) (42) |
| [ ] Fraud (16) | [ ] Drugs (38) | Miscellaneous Civil Petition |
| [ ] Intellectual property (19) | Judicial Review | [ ] Partnership and corporate governance (21) |
| [ ] Professional negligence (25) | [ ] Asset forfeiture (05) | [ ] Other petition (not specified above) (43) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Petition re: arbitration award (11) | |
| Employment | [ ] Writ of mandate (02) | |
| [ ] Wrongful termination (36) | [ ] Other judicial review (39) | |
| [ ] Other employment (15) | | |

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts
        issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify): One
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 11/11/2009

JOSHUA E. KIRSCH (179110)
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

BY FAX

NOTICE
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Legal
Solutions
Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

BY FAX

| SHORT TITLE: Mitsui Sumitomo Insurance Co. v. Hirschfeld Steel Group, et al. | CASE NUMBER: KC057255 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:
JURY TRIAL? [X] YES   CLASS ACTION? [ ] YES   LIMITED CASE? [ ] YES   TIME ESTIMATED FOR TRIAL 5 [ ] HOURS/ [X] DAYS

**Item II.** Select the correct district and courthouse location.(4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check one Superior Court type of action in Column B below which best describes the nature of this case.

**Step 3:** In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (See Column C below)

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | [ ] A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | [ ] A7110 Personal Injury/Property Damage/Wrongful Death—Uninsured Motorist | 1., 2., 4. |
| Other Personal Injury/Property Damage/Wrongful Death Tort | Asbestos (04) | [ ] A6070 Asbestos Property Damage | 2. |
| | | [ ] A7221 Asbestos – Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | [ ] A7260 Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | [ ] A7210 Medical Malpractice – Physicians & Surgeons | 1., 2., 4. |
| | | [ ] A7240 Other Professional Health Care Malpractice | 1., 2., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | [ ] A7250 Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | | [ ] A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | | [ ] A7270 Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | | [ ] A7220 Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| Non-Personal Injury/Property Damage/Wrongful Death Tort | Business Tort (07) | [ ] A6029 Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | [ ] A6005 Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | [ ] A6010 Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | [ ] A6013 Fraud (no contract) | 1., 2., 3. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 1 of 4
LA-481

| SHORT TITLE: Mitsui Sumitomo Insurance Co. v. Hirschfeld Steel Group, et al. | | CASE NUMBER |
|---|---|---|

| A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>- See Step 3 Above |
|---|---|---|
| Professional Negligence (25) | ☐ A6017 Legal Malpractice | 1., 2., 3. |
| | ☐ A6050 Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 2., 3. |
| Wrongful Termination (36) | ☐ A6037 Wrongful Termination | 1., 2., 3. |
| Other Employment (15) | ☐ A6024 Other Employment Complaint Case | 1., 2., 3. |
| | ☐ A6109 Labor Commissioner Appeals | 10. |
| Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | ☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | ☐ A6019 Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | ☒ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff | 2., 5., 6. |
| | ☐ A6012 Other Promissory Note/Collections Case | 2., 5. |
| Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1., 2., 5., 8. |
| Other Contract (37) | ☐ A6009 Contractual Fraud | 1., 2., 3., 5. |
| | ☐ A6031 Tortious Interference | 1., 2., 3., 5. |
| | ☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation Number of parcels _____ | 2. |
| Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2., 6. |
| Other Real Property (26) | ☐ A6018 Mortgage Foreclosure | 2., 6. |
| | ☐ A6032 Quiet Title | 2., 6. |
| | ☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| Unlawful Detainer - Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer - Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer - Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2., 6. |
| Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2., 6. |
| Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

Side labels: Non-Personal Injury/Property Damage/Wrongful Death Tort (Cont'd.); Employment; Contract; Real Property; Unlawful Detainer; Judicial Review

LACIV 109 (Rev. 01/07)
LASC Approved 03-04
CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION
LASC, rule 2.0
Page 2 of 4

| SHORT TITLE: Mitsui Sumitomo Insurance Co. v. Hirschfeld Steel Group, et al. | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review (Cont'd.)** | Writ of Mandate<br>(02) | ☐ A6151 Writ - Administrative Mandamus<br>☐ A6152 Writ - Mandamus on Limited Court Case Matter<br>☐ A6153 Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Other Judicial Review<br>(39) | ☐ A6150 Other Writ / Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007 Construction defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment<br>(20) | ☐ A6141 Sister State Judgment<br>☐ A6160 Abstract of Judgment<br>☐ A6107 Confession of Judgment (non-domestic relations)<br>☐ A6140 Administrative Agency Award (not unpaid taxes)<br>☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112 Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints<br>(Not Specified Above)<br>(42) | ☐ A6030 Declaratory Relief Only<br>☐ A6040 Injunctive Relief Only (not domestic/harassment)<br>☐ A6011 Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113 Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions<br>(Not Specified Above)<br>(43) | ☐ A6121 Civil Harassment<br>☐ A6123 Workplace Harassment<br>☐ A6124 Elder/Dependent Adult Abuse Case<br>☐ A6190 Election Contest<br>☐ A6110 Petition for Change of Name<br>☐ A6170 Petition for Relief from Late Claim Law<br>☐ A6100 Other Civil Petition | 2., 3., 9.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

LASC, rule 2.0
Page 3 of 4

| SHORT TITLE: Mitsui Sumitomo Insurance Co. v. Hirschfeld Steel Group, et al. | CASE NUMBER |
|---|---|

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE | ADDRESS: |
| ☐1. ☐2. ☐3. ☐4. ☒5. ☐6. ☐7. ☐8. ☐9. ☐10. | 17400 Chestnut St. |
| CITY: City of Industry | STATE: CA | ZIP CODE: 91748 | |

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the _____ Pomona South _____ courthouse in the East _____ District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: 11/11/200____

(SIGNATURE OF ATTORNEY/FILING PARTY)
JOSHUA E. KIRSCH (179110)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet form CM-010.
4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev 01/07), LASC Approved 03-04.
5. Payment in full of the filing fee, unless fees have been waived.
6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 15260 Ventura Boulevard, Suite 920, Sherman Oaks, California 91403.

On December 18, 2009, I served the foregoing document(s) described as: **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Joshua E. Kirsch
Gibson Robb & Lindh, LLP
100 First Street, 27th Floor
San Francisco, CA 94105

[ ] **BY FACSIMILE:** On _____ 2009, I served the foregoing document(s) on interested parties in this action by transmitting by facsimile from facsimile telephone machine number (818) 501-0328 to the above listed facsimile number(s). The document was transmitted by facsimile transmission and the transmission was reported as complete and without error. A copy of the transmission report is attached hereto and the transmission report was properly issued by the transmitting facsimile machine. Service of the foregoing documents by facsimile fully conforms to the provisions of CRC Rule 2008.

[ ] **BY E-MAIL TRANSMISSION:** On _____ 2009, I served the foregoing document(s) on interested parties in this action by e-mail transmission to the e-mail address listed above from mshapiro@nemecek-cole.com.

[x] **BY MAIL:** I served the foregoing document(s) on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as listed above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same date with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

[ ] **BY PERSONAL SERVICE:** I served the foregoing document(s) on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as listed above. I delivered such envelope by hand to the offices of the addressee. (at LASC)

Executed on December 18, 2009, at Sherman Oaks, California.

[ ] **STATE:** I declare under penalty of perjury under the laws of the State of California that the Above is true and correct.

[x] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MICHELLE SHAPIRO

-1-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

**CV09- 9293 ODW (Ex)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MITSUI SUMITOMO INSURANCE COMPANY

**DEFENDANTS**
HIRSCHFELD STEEL GROUP, L.P., an entity of unknown form, dba HIRSCHFELD TRANSPORTATION; HIRSCHFELD STEEL CO., INC

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Gregg S. Garfinkel, Esq.
Nemecek & Cole
15260 Ventura Boulevard
Suite 920
Sherman Oaks, CA 91403
818-981-9114

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No
☐ **MONEY DEMANDED IN COMPLAINT:** $ 895,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Action for damages incident to interstate commerce 49 U.S.C. Section 14706.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | | ☐ 371 Truth in Lending | | |
| ☒ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 245 Tort Product Liability | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

FOR OFFICE USE ONLY: Case Number: CV09 09293
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                     CIVIL COVER SHEET                     Page 1 of 2
                                                                         CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [x] No  [ ] Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [x] No  [ ] Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or
                                [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                [ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)
(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Japan |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Texas |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Virginia |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date December 18, 2009
GREGG S. GARFINKEL, ESQ.

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 15260 Ventura Boulevard, Suite 920, Sherman Oaks, California 91403.

      On December 18, 2009, I served the foregoing document(s) described as: **CIVIL COVER SHEET** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Joshua E. Kirsch
Gibson Robb & Lindh, LLP
100 First Street, 27th Floor
San Francisco, CA 94105

☐ **BY FACSIMILE:** On _____ 2009, I served the foregoing document(s) on interested parties in this action by transmitting by facsimile from facsimile telephone machine number (818) 501-0328 to the above listed facsimile number(s). The document was transmitted by facsimile transmission and the transmission was reported as complete and without error. A copy of the transmission report is attached hereto and the transmission report was properly issued by the transmitting facsimile machine. Service of the foregoing documents by facsimile fully conforms to the provisions of CRC Rule 2008.

☐ **BY E-MAIL TRANSMISSION:** On _____ 2009, I served the foregoing document(s) on interested parties in this action by e-mail transmission to the e-mail address listed above from mshapiro@nemecek-cole.com.

☒ **BY MAIL:** I served the foregoing document(s) on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as listed above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same date with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

☐ **BY PERSONAL SERVICE:** I served the foregoing document(s) on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as listed above. I delivered such envelope by hand to the offices of the addressee. (at LASC)

      Executed on December 18, 2009, at Sherman Oaks, California.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the Above is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Michelle Shapiro*
MICHELLE SHAPIRO

-1-